**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE HODGE BRYANT, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, LLC. a North Carolina Limited Liability Company; FAMILY DOLLAR CRIPPLE CREEK. LLC, a California Limited Liability Company, FAMILY DOLLAR OPERATIONS, LLC, a North Carolina Limited Liability Company, FAMILY DOLLAR SERVICES, LLC, a North Carolina Limited Liability Company; and DOES 1-50,<br><br>Defendants. | Case No. 1:26-CV-01719 JLT CDB<br>*[Kern County Superior Court Case No. BCV-25-103192]*<br><br>[~~PROPOSED~~] ORDER REMANDING CASE TO STATE COURT |

Pursuant to the Parties' Stipulation indicating that complete diversity no longer exists, this Court no longer has subject matter jurisdiction over this action. Therefore, the matter is **REMANDED** to the Superior Court for the State of California. All pending dates in the Federal action are vacated.

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES DISTRICT JUDGE